```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                CRIMINAL ACTION NO. 2:03-00005

**ROBERT HEBERT, JR.**

<u>O R D E R</u>

On February 1, 2010, the court directed the issuance of a warrant for the defendant pursuant to the petition to revoke the defendant's three-year term of supervised release. The defendant was then in state custody having been sentenced on November 2, 2009, to a term of one to three years from which he was released on May 3, 2011, to the federal detainer. After consultation with counsel for the United States and the defendant, it is ORDERED that the petition be, and it hereby is, held in abeyance.

Pursuant to the agreement of the defendant and the government, the court ordered this date the modification of the defendant's term of supervised release directing that he reside at Dismas Charities for a new period of six months. Upon notification that bed space is available, at which time the court anticipates ordering the defendant's release, the defendant shall report directly from his place of incarceration to the community confinement center.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: June 2, 2011

John T. Copenhaver, Jr.
United States District Judge